| AO 10<br>Rev. 1/2014 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2014** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Harpool, Mark D. | 2. Court or Organization<br><br>Western District of Missouri | 3. Date of Report<br><br>04/14/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>  magistrate judges indicate full- or part-time)<br><br>Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |
| 7. Chambers or Office Address<br><br>222 N. John Q. Hammons Parkway<br>Springfield, MO 65806 | | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Springfield Metropolitan Bar Association |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2014 | Residual Fees-Former interest in Baird, Lightner, Millsap & Harpool, P.C. | $248,272.00 |
| 2. 2014 | State of Missouri Retirement (MOSERS) | $12,839.64 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | Spouse is self-employed, in-home child care |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harpool, Mark D. | 04/14/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Empire Bank | Mortgage loans on rental properties | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harpool, Mark D. | 04/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ABBVIE INC-common stock | | None | | | Buy | 07/29/14 | K | | |
| 2. | | | | | Sold (part) | 08/29/14 | J | A | |
| 3. | | | | | Sold | 09/04/14 | J | A | |
| 4. ACADIA PHARMACEUTICALS-common stock | | None | | | Buy | 09/12/14 | K | | |
| 5. | | | | | Sold (part) | 09/17/14 | J | A | |
| 6. | | | | | Buy (add'l) | 10/09/14 | J | | |
| 7. | | | | | Sold (part) | 10/16/14 | J | A | |
| 8. | | | | | Sold | 10/22/14 | K | A | |
| 9. ALIBABA GROUP HLDG ADR FSPONSORED ADR 1 ADR REPS 1 ORD | | None | L | T | Buy | 10/14/14 | K | | |
| 10. | | | | | Sold | 10/17/14 | K | B | |
| 11. | | | | | Buy (add'l) | 11/13/14 | K | | |
| 12. | | | | | Buy (add'l) | 12/05/14 | J | | |
| 13. | | | | | Buy (add'l) | 12/08/14 | K | | |
| 14. AMERICAN AIRLS GROUP INC-common stock | A | Dividend | | | Buy | 10/29/14 | K | | |
| 15. | | | | | Sold | 10/31/14 | K | B | |
| 16. AMERICAN CAPITAL AGENCY-common stock | C | Dividend | J | T | Buy | 08/26/14 | K | | See note in Part VIII. |
| 17. | | | | | Buy (add'l) | 09/17/14 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 09/25/14 | J | | |
| 19. | | | | | Buy (add'l) | 10/01/14 | J | | |
| 20. | | | | | Sold (part) | 10/08/14 | K | A | |
| 21. | | | | | Buy (add'l) | 10/17/14 | K | | |
| 22. | | | | | Buy (add'l) | 10/22/14 | K | | |
| 23. | | | | | Sold (part) | 10/29/14 | K | A | |
| 24. | | | | | Sold (part) | 11/04/14 | L | A | |
| 25. | | | | | Buy (add'l) | 11/24/14 | J | | |
| 26. | | | | | Buy (add'l) | 12/22/14 | L | | |
| 27. | | | | | Buy (add'l) | 12/23/14 | J | | |
| 28. Ameritrade Cash Reserves | A | Interest | J | T | | | | | |
| 29. APPLE INC-common stock | B | Dividend | M | T | Buy (add'l) | 09/04/14 | K | | |
| 30. | | | | | Sold (part) | 09/09/14 | L | D | |
| 31. | | | | | Sold (part) | 09/10/14 | K | D | |
| 32. | | | | | Sold (part) | 09/12/14 | K | D | |
| 33. | | | | | Sold (part) | 09/15/14 | K | D | |
| 34. | | | | | Buy (add'l) | 10/15/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 10/31/14 | J | B | |
| 36. BAIDU INC ADR FSPONSORED ADR 1 ADR REPS 10 CL A ORD | | None | L | T | Buy | 09/15/14 | L | | |
| 37. | | | | | Buy (add'l) | 10/01/14 | K | | |
| 38. | | | | | Buy (add'l) | 10/14/14 | K | | |
| 39. | | | | | Sold (part) | 10/23/14 | K | A | |
| 40. Baird, Lightner, Millsap & Harpool, P.C. | | | | | | | | | See note in Part VIII. |
| 41. BANK OF AMERICA - SAVINGS | A | Interest | K | T | | | | | |
| 42. BANK OF AMERICA ACCOUNTS - cash/checking | A | Interest | J | T | | | | | Nomination FDR Line 46. |
| 43. BANK OF AMERICA CORP-common stock | A | Dividend | | | Buy (add'l) | 08/07/14 | K | | |
| 44. | | | | | Sold (part) | 09/04/14 | J | C | |
| 45. | | | | | Sold | 09/15/14 | J | C | |
| 46. | | | | | Sold | 10/14/14 | K | C | |
| 47. BLMH Properties LLC | G | Distribution | | | Sold | 01/15/14 | M | E | Nomination FDR Line 45. |
| 48. BOEING CO-common stock | A | Dividend | | | Buy | 07/29/14 | K | | |
| 49. | | | | | Sold | 09/12/14 | K | A | |
| 50. | | | | | Buy | 10/24/14 | K | | |
| 51. | | | | | Sold | 10/24/14 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harpool, Mark D. | 04/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. CELGENE CORP-common stock | | None | L | T | Buy | 10/09/14 | K | | |
| 53. | | | | | Buy (add'l) | 10/10/14 | K | | |
| 54. | | | | | Sold (part) | 10/21/14 | K | A | |
| 55. | | | | | Sold | 10/29/14 | K | C | |
| 56. | | | | | Buy | 12/23/14 | K | | |
| 57. | | | | | Sold (part) | 12/30/14 | J | A | |
| 58. CENTERPOINT ENERGY INC-common stock | A | Dividend | | | Buy | 08/07/14 | K | | |
| 59. | | | | | Sold | 09/12/14 | K | A | |
| 60. | | | | | Buy | 10/22/14 | K | | |
| 61. | | | | | Sold | 11/03/14 | K | B | |
| 62. | | | | | Buy | 11/07/14 | L | | |
| 63. | | | | | Sold (part) | 12/17/14 | K | A | |
| 64. | | | | | Sold | 12/22/14 | K | A | |
| 65. Charles Schwab Checking | A | Interest | J | T | | | | | |
| 66. Charles Schwab Money Shares | A | Interest | L | T | | | | | |
| 67. CISCO SYSTEMS INC-common stock | A | Dividend | | | Buy | 08/06/14 | K | | |
| 68. | | | | | Sold (part) | 09/15/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harpool, Mark D. | 04/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold | 10/03/14 | K | A | |
| 70. CORE MARK HOLDING CO-common stock | | None | | | Sold | 07/28/14 | J | A | Nomination FDR Line 3. |
| 71. DELTA AIR LINES INC NEW-common stock | | None | | | Sold | 10/24/14 | K | A | |
| 72. | | | | | Buy | 10/24/14 | K | | |
| 73. | | | | | Buy | 10/29/14 | K | | |
| 74. | | | | | Sold | 10/31/14 | K | A | |
| 75. DFA EMERGING MKTS (DFEVX) | A | Dividend | | | Buy | 02/25/14 | J | | Nomination FDR Line 12. |
| 76. | | | | | Sold | 06/30/14 | J | A | |
| 77. DFA EMERGING MKTS (DFEMX) | A | Dividend | | | Buy | 02/25/14 | J | | Nomination FDR Line 11. |
| 78. | | | | | Sold | 06/30/14 | J | A | |
| 79. DFA INT'L SM CP (DFISX) | A | Dividend | J | T | Buy | 02/25/14 | J | | Nomination FDR Line 14. |
| 80. | | | | | Buy (add'l) | 06/30/14 | J | | |
| 81. DFA INT'L SM CP VAL (DISVX) | A | Dividend | J | T | Sold | 02/25/14 | J | A | |
| 82. | | | | | Buy | 06/30/14 | J | | |
| 83. | | | | | Buy (add'l) | 10/10/14 | J | | |
| 84. DFA INT'L VALUE (DFIVX) | A | Dividend | K | T | Buy | 02/25/14 | J | | Nomination FDR Line 15. |
| 85. | | | | | Buy (add'l) | 06/30/14 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harpool, Mark D. | 04/14/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 10/10/14 | J | | |
| 87. DFA US LG CAP VAL (DFLVX) | A | Dividend | K | T | Buy | 02/25/14 | J | | Nomination FDR Line 16. |
| 88. | | | | | Sold (part) | 06/30/14 | J | A | |
| 89. DFA US MICRO (DFSCX) | A | Dividend | J | T | Buy | 02/25/14 | J | | Nomination FDR Line 17. |
| 90. | | | | | Buy (add'l) | 06/30/14 | J | | |
| 91. DFA US SM CAP (DFSTX) | A | Dividend | J | T | Buy | 02/25/14 | J | | Nomination FDR Line 19. |
| 92. | | | | | Buy | 06/30/14 | J | | |
| 93. DFA US SMALL CP (DFSVX) | A | Dividend | K | T | Buy | 02/25/14 | J | | |
| 94. | | | | | Buy (add'l) | 06/30/14 | J | | |
| 95. | | | | | Buy (add'l) | 10/10/14 | J | | |
| 96. DISNEY WALT CO-common stock | | None | | | Buy | 11/07/14 | K | | |
| 97. | | | | | Sold | 12/01/14 | K | B | |
| 98. DONNELLEY R R & SONS CO-common stock | B | Dividend | L | T | Buy | 07/31/14 | K | | |
| 99. | | | | | Buy (add'l) | 08/04/14 | K | | |
| 100. | | | | | Buy (add'l) | 10/01/14 | J | | |
| 101. | | | | | Buy (add'l) | 10/03/14 | J | | |
| 102. | | | | | Buy (add'l) | 10/14/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harpool, Mark D. | 04/14/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 10/22/14 | K | | |
| 104. | | | | | Buy (add'l) | 11/10/14 | K | | |
| 105. | | | | | Sold (part) | 11/26/14 | K | B | |
| 106. | | | | | Buy (add'l) | 12/05/14 | K | | |
| 107. | | | | | Sold (part) | 12/19/14 | K | B | |
| 108. | | | | | Sold (part) | 12/23/14 | K | B | |
| 109. DREYFUS GENERAL 696 MMKT FUND (Beg Balance | A | Interest | | | Closed | 07/25/14 | | | Nomination FDR Line 42. |
| 110. E M C CORP MASS-common stock | A | Dividend | | | Buy | 09/12/14 | K | | |
| 111. | | | | | Sold | 10/02/14 | K | A | |
| 112. FACEBOOK INC CLASS A-common stock | | None | | | Buy | 09/12/14 | K | | |
| 113. | | | | | Sold | 10/14/14 | K | A | |
| 114. | | | | | Buy | 11/13/14 | K | | |
| 115. | | | | | Sold | 12/23/14 | K | C | |
| 116. FEDERATED HIGH YLD | A | Dividend | J | T | Buy (add'l) | 02/25/14 | J | | Nomination FDR Line 21. |
| 117. | | | | | Buy (add'l) | 06/30/14 | J | | |
| 118. FEDERATED TOTAL RT BOND | A | Dividend | J | T | Buy | 02/25/14 | J | | |
| 119. | | | | | Buy (add'l) | 06/30/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. FEDERATED ULTRA SHRT | A | Dividend | J | T | Buy (add'l) | 02/25/14 | J | | Nomination FDR Line 41. |
| 121. | | | | | Buy (add'l) | 06/30/14 | J | | |
| 122. Fidelity Cash Reserve Fund | A | Interest | J | T | | | | | Nomination FDR Line 43. |
| 123. FRANKLIN SMALL CAP GWTH FD CL C | | None | | | Sold | 08/07/14 | K | D | Nomination FDR Line 23. |
| 124. GENERAL ELECTRIC COMPANY- common stock | A | Dividend | | | Sold | 07/07/14 | K | C | |
| 125. | | | | | Buy | 09/17/14 | L | | |
| 126. | | | | | Sold | 09/29/14 | L | B | |
| 127. | | | | | Buy | 12/17/14 | K | | |
| 128. | | | | | Sold | 12/23/14 | K | B | |
| 129. GILEAD SCIENCES INC-common stock | | None | L | T | Buy | 08/26/14 | K | | |
| 130. | | | | | Sold | 09/04/14 | K | A | |
| 131. | | | | | Buy | 10/10/14 | K | | |
| 132. | | | | | Buy (add'l) | 10/14/14 | K | | |
| 133. | | | | | Sold (part) | 10/16/14 | J | A | |
| 134. | | | | | Sold (part) | 10/21/14 | K | B | |
| 135. | | | | | Sold | 10/22/14 | K | B | |
| 136. | | | | | Buy | 11/24/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 12/22/14 | J | | |
| 138. | | | | | Sold (part) | 12/30/14 | J | A | |
| 139. GOOGLE - CLASS A VTG-common stock | | None | L | T | Buy | 06/10/14 | K | | |
| 140. | | | | | Buy (add'l) | 10/01/14 | K | | |
| 141. | | | | | Buy (add'l) | 10/14/14 | L | | |
| 142. | | | | | Sold (part) | 10/31/14 | J | A | |
| 143. | | | | | Sold (part) | 11/24/14 | K | A | |
| 144. GOOGLE INC CLASS C NON VTG | | None | | | Sold | 10/14/14 | K | A | Nomination FDR Line 6. |
| 145. Great Southern Bank Account - cash | A | Interest | | | Closed | 10/15/14 | | | Nomination FDR Line 47. |
| 146. HARTFORD CAPITAL APPR FUND CL C (HCACX) | | None | | | Sold (part) | 07/28/14 | K | D | Nomination FDR Line 24. |
| 147. | | | | | Sold (part) | 08/01/14 | J | C | |
| 148. | | | | | Sold | 08/05/14 | K | D | |
| 149. HARTFORD DIV & GROWTH FD CL C (HDGCX) | | None | | | Sold | 08/07/14 | K | D | |
| 150. HARTFORD GLOBAL HEALTH - C (HGHCX) | | None | | | Buy (add'l) | 07/10/14 | J | | Nomination FDR Line 26. |
| 151. | | | | | Sold (part) | 08/01/14 | J | B | |
| 152. | | | | | Sold | 08/07/14 | K | C | |
| 153. HARTFORD MIDCAP C (HMDCX) | | None | | | Sold (part) | 08/01/14 | J | B | Nomination FDR Line 27. |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harpool, Mark D. | 04/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold | 08/07/14 | K | C | |
| 155. INTEL CORP-common stock | A | Dividend | | | Buy | 08/26/14 | K | | |
| 156. | | | | | Sold | 10/03/14 | K | A | |
| 157. INTELLIPHARM INTL INC F-common stock | | None | | | Buy | 09/15/14 | J | | |
| 158. | | | | | Buy (add'l) | 09/17/14 | J | | |
| 159. | | | | | Buy (add'l) | 10/09/14 | J | | |
| 160. | | | | | Buy (add'l) | 11/07/14 | J | | |
| 161. | | | | | Sold | 12/22/14 | J | A | |
| 162. INVESCO AMER FRANCHISE CL C | | None | | | Sold | 09/15/14 | K | A | Nomination FDR Line 29. |
| 163. INVESCO CHARTER FD CL C | | None | | | Sold | 07/30/14 | K | D | Nomination FDR Line 28. |
| 164. INVESCO SMALL CAP EQTY FD CL C | | None | | | Sold | 07/28/14 | K | B | Nomination FDR Line 32. |
| 165. ISIS PHARMACEUTICALS INC-common stock | | None | | | Buy | 09/12/14 | K | | |
| 166. | | | | | Buy (add'l) | 10/09/14 | J | | |
| 167. | | | | | Sold (part) | 10/16/14 | J | A | |
| 168. | | | | | Sold | 10/22/14 | K | A | |
| 169. JPMORGAN CHASE & CO-common stock | A | Dividend | | | Sold (part) | 07/10/14 | L | C | Nomination FDR Line 8. |
| 170. | | | | | Sold | 10/14/14 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harpool, Mark D. | 04/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy | 10/29/14 | K | | |
| 172. | | | | | Sold | 11/07/14 | K | B | |
| 173. MATTHEWS CHINA DIVIDEND FD INV | | None | | | Buy | 08/08/14 | K | | |
| 174. | | | | | Sold | 12/05/14 | K | A | |
| 175. MOST 529 PLAN - Moderate Age-Based Opt Vanguard Growth | | None | J | T | Buy (add'l) | 12/23/14 | J | | Nomination FDR Line 48. |
| 176. NETFLIX INC-common stock | | None | | | Buy | 09/12/14 | K | | |
| 177. | | | | | Sold | 10/17/14 | K | A | |
| 178. O REILLY AUTOMOTIVE NEW-common stock | | None | | | Sold | 08/07/14 | K | E | Nomination FDR Line 9. |
| 179. OREXIGEN THERAPEUTICS-common stock | | None | | | Buy | 09/15/14 | J | | |
| 180. | | | | | Buy (add'l) | 10/01/14 | J | | |
| 181. | | | | | Buy (add'l) | 11/07/14 | J | | |
| 182. | | | | | Sold (part) | 11/10/14 | J | A | |
| 183. | | | | | Sold | 12/22/14 | J | C | |
| 184. PFIZER INCORPORATED-common stock | A | Dividend | | | Buy | 07/24/14 | K | | |
| 185. | | | | | Buy (add'l) | 08/06/14 | K | | |
| 186. | | | | | Buy (add'l) | 08/07/14 | K | | |
| 187. | | | | | Sold (part) | 09/04/14 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harpool, Mark D. | 04/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Sold (part) | 09/05/14 | J | A | |
| 189. | | | | | Sold (part) | 09/15/14 | J | A | |
| 190. | | | | | Sold | 10/10/14 | K | B | |
| 191. PIMCO COMMODITY | A | Dividend | J | T | Sold (part) | 02/25/14 | J | A | Nomination FDR Line 33. |
| 192. | | | | | Buy (add'l) | 06/30/14 | J | | |
| 193. PIMCO FOREIGN BOND | A | Dividend | J | T | Sold | 02/25/14 | J | A | Nomination FDR Line 34. |
| 194. | | | | | Buy (add'l) | 06/30/14 | J | | |
| 195. SIRIUS XM RADIO | | None | | | Sold | 07/10/14 | J | C | Nomination FDR Line 10. |
| 196. SPDR GLOBAL REAL ESTATE | A | Dividend | J | T | Sold (part) | 02/25/14 | J | A | Nomination FDR Line 35. |
| 197. | | | | | Buy (add'l) | 07/02/14 | J | | |
| 198. TASER INTERNATIONAL INC-common stock | | None | | | Buy | 09/12/14 | K | | |
| 199. | | | | | Sold | 09/17/14 | K | A | |
| 200. THRESHOLD PHARMA NEW-common stock | | None | J | T | Buy | 09/15/14 | J | | |
| 201. | | | | | Buy (add'l) | 10/01/14 | J | | |
| 202. | | | | | Buy (add'l) | 10/09/14 | J | | |
| 203. | | | | | Buy (add'l) | 11/07/14 | J | | |
| 204. TOTAL S A ADR F1 ADR REP 1 ORD | B | Dividend | L | T | Buy | 07/24/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harpool, Mark D. | 04/14/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Buy (add'l) | 08/20/14 | K | | |
| 206. | | | | | Buy (add'l) | 09/17/14 | K | | |
| 207. | | | | | Sold (part) | 09/29/14 | L | A | |
| 208. | | | | | Sold (part) | 10/01/14 | K | A | |
| 209. | | | | | Buy (add'l) | 10/22/14 | K | | |
| 210. | | | | | Buy (add'l) | 10/24/14 | K | | |
| 211. | | | | | Sold (part) | 10/31/14 | K | B | |
| 212. | | | | | Sold (part) | 11/03/14 | K | A | |
| 213. | | | | | Buy (add'l) | 12/05/14 | K | | |
| 214. | | | | | Buy (add'l) | 12/08/14 | K | | |
| 215. TWITTER INC-common stock | | None | | | Buy | 09/15/14 | J | | |
| 216. | | | | | Sold | 09/17/14 | J | A | |
| 217. | | | | | Buy | 11/13/14 | K | | |
| 218. | | | | | Sold (part) | 11/28/14 | K | A | |
| 219. | | | | | Sold | 12/31/14 | K | A | |
| 220. VERIZON COMMUNICATIONS- common stock | B | Dividend | K | T | Buy | 07/07/14 | L | | |
| 221. | | | | | Sold | 09/15/14 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Buy | 10/02/14 | K | | |
| 223. | | | | | Sold | 10/10/14 | K | A | |
| 224. | | | | | Buy (add'l) | 12/05/14 | K | | |
| 225. | | | | | Buy (add'l) | 12/15/14 | J | | |
| 226. | | | | | Buy (add'l) | 12/23/14 | J | | |
| 227. VGD DEVELOPED MKTS | A | Dividend | K | T | Buy (add'l) | 06/30/14 | J | | Nomination FDR Line 36. |
| 228. | | | | | Buy (add'l) | 10/10/14 | J | | |
| 229. VGD GROWTH | A | Dividend | K | T | Buy (add'l) | 06/30/14 | J | | Nomination FDR Line 37. |
| 230. VGD S&P 500 INDEX | A | Dividend | K | T | Buy (add'l) | 02/25/14 | J | | Nomination FDR Line 38. |
| 231. VGD SHORT TERM | A | Dividend | K | T | Buy (add'l) | 06/30/14 | J | | Nomination FDR Line 40. |
| 232. VGD SHORT TERM TIP | A | Dividend | K | T | Buy (add'l) | 02/25/14 | J | | Nomination FDR Line 39. |
| 233. | | | | | Buy (add'l) | 07/02/14 | J | | |
| 234. WALGREEN COMPANY-common stock | | None | | | Buy | 08/06/14 | K | | |
| 235. | | | | | Sold | 08/07/14 | K | A | |
| 236. WASHINGTON PRIME GROUP-common stock | B | Dividend | L | T | Buy | 10/01/14 | J | | |
| 237. | | | | | Buy (add'l) | 10/03/14 | J | | |
| 238. | | | | | Buy (add'l) | 10/14/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harpool, Mark D. | 04/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Buy (add'l) | 10/31/14 | K | | |
| 240. | | | | | Buy (add'l) | 11/06/14 | K | | |
| 241. | | | | | Buy (add'l) | 11/13/14 | K | | |
| 242. | | | | | Sold (part) | 11/28/14 | K | A | |
| 243. | | | | | Sold (part) | 12/08/14 | K | A | |
| 244. WEIBO CORP ADR FSPONSORED 1 ADR REPS 1 ORD | None | | | | Buy | 10/31/14 | K | | |
| 245. | | | | | Buy (add'l) | 11/06/14 | K | | |
| 246. | | | | | Sold | 11/11/14 | K | A | |
| 247. YAHOO INC-common stock | None | | | | Buy | 08/28/14 | K | | |
| 248. | | | | | Sold | 09/12/14 | K | C | |
| 249. YY INC ADR FSPONSORED ADR 1 ADR REPS 20 ORDS | None | K | T | | Buy | 10/22/14 | K | | |
| 250. | | | | | Buy (add'l) | 12/05/14 | J | | |
| 251. | | | | | Buy (add'l) | 12/23/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Harpool, Mark D. | 04/14/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Interest earned on bank accounts at a particular banking institution were combined into one entry for the entire year.

Dividends on individual stocks were combined into one entry for that stock for the year.

Line 16 - AMERICAN CAPITAL GUARANTY common stock appearing on Nomination FDR dated 1/6/14, Line 4 - Stock was actually sold in 2013, also the name of the stock is actually AMERICAN CAPITAL AGENCY.

Line 40 - Baird, Lightner, Millsap & Harpool, P.C. appearing on Nomination FDR dated 1/6/14, Line 44 - value of this asset is being paid off through income reported in Part III-A. Non-Investment Income.

DREYFUS GREATER CHINA FUND appearing on Nomination FDR dated 1/6/14, Line 20 - Stock was liquidated 8/22/13.

INT'L BUSINESS MACHINES INC appearing on Nomination FDR dated 1/6/14, Line 7 - Stock was liquidated 8/22/13.

INVESCO DEVELOPING MARKETS FUND appearing on Nomination FDR dated 1/6/14, Line 30 - Stock was liquidated 8/23/13.

INVESCO ENERGY FUND appearing on Nomination FDR dated 1/6/14, Line 31 - Stock was liquidated 8/23/13.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mark D. Harpool**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544